AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Connor C. Stevens<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>Mag. Judge White<br><br>1:12 MJ 3076 |

FILED
2012 MAY -1 AM 11: 07
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2/20/12 through 4/30/12__ in the county of __Cuyahoga__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, Section 371<br>Title 18, Section 844(i) | Conspiracy<br>Use of Explosive Materials |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Ryan M. Taylor, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __05/01/2012__

_____
Judge's signature

City and state: __Cleveland, Ohio__

Greg White, U.S. Magistrate Judge
*Printed name and title*