IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 1:12 CR 238-DDD-004 |
| Plaintiff, ) | |
| ) | JUDGE DAVID D. DOWD |
| v. ) | |
| ) | MOTION FOR LEAVE TO WITHDRAW |
| CONNOR C. STEVENS, ) | AS ATTORNEY OF RECORD |
| ) | |
| Defendant. ) | |

Now comes Attorney Joan E. Pettinelli (herein "Counsel"), pursuant to Local Rule of Criminal Procedure 57.21, and respectfully requests leave to withdraw as attorney of record for Defendant Connor C. Stevens. In support hereof, Counsel states as follows.

Counsel was appointed by the Court to represent Mr. Stevens on June 11, 2012. On June 14, 2012, Counsel was advised by Terry H. Gilbert, Esq. that he has been retained by the family of Defendant Connor C. Stevens to represent him in this matter. On the same date, Mr. Gilbert entered his appearance on the Defendant's behalf (Doc. 66). By copy hereof, Counsel has advised Mr. Stevens in writing of her intent to withdraw as counsel of record.

Counsel therefore respectfully requests leave to withdraw as attorney of record for Defendant Connor C. Stevens. Upon the Court's grant of leave to withdraw, Counsel will make the necessary arrangements to ensure a smooth transition of Mr. Stevens' defense to Mr. Gilbert.

Respectfully Submitted,


 s/ Joan E. Pettinelli
Joan E. Pettinelli, Esq. (0047171)
Wuliger, Fadel & Beyer, LLC
1340 Sumner Court
Cleveland, Ohio 44115
(216) 781-7777 (telephone)
(216) 781-0621 (fax)
e-file@wfblaw.com
joanepettinelli@wfblaw.com

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically on June 14, 2012. Notice of this filing will be sent to counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, on June 14, 2012, a copy of the foregoing was served by United States Mail upon Defendant Connor C. Stevens, Northeast Ohio Correctional Center, 2240 Hubbard Rd., Youngstown, Ohio, 44505.


 s/ Joan E. Pettinelli
Joan E. Pettinelli, Esq. (0047171)